# United States Court of Appeals
### For The District of Columbia Circuit

_____

**No. 15-7145**  September Term, 2015

1:15-cv-01025-TSC

Filed On: December 8, 2015 [1587384]

In re: Stephen Thomas Yelverton,

------------------------------

Stephen Thomas Yelverton,

    Appellant

    v.

District of Columbia Department of Public Works,

    Appellee

## O R D E R

Because appellant has not paid the appellate docketing fee in this case, and the district court has denied appellant leave to proceed on appeal in forma pauperis, it is

**ORDERED**, on the court's own motion, that by January 7, 2016, appellant either pay the $505 appellate docketing and filing fees to the Clerk of the District Court, see Fed. R. App. P. 3(e); 28 U.S.C. § 1917, or file a motion in this court for leave to appeal in forma pauperis, see Fed. R. App. P. 24(a). See Enclosure.

A request for appointment of counsel does not relieve appellant of the obligation to file responses to any motion filed by appellee or to comply with any order issued by the court, including a briefing schedule. Failure by appellant to respond to a dispositive motion or comply with any order of the court, including this order, will result in dismissal of the case for lack of prosecution. See D.C. Cir. Rule 38.

The Clerk is directed to send a copy of this order to appellant by certified mail, return receipt requested, and by first class mail.

                **FOR THE COURT:**
                Mark J. Langer, Clerk

            BY:   /s/
                Lynda M. Flippin
                Deputy Clerk