# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-7145**                                            September Term, 2015

1:15-cv-01025-TSC

Filed On: March 15, 2016

In the Matter of: Stephen Thomas Yelverton,

------------------------------

Stephen Thomas Yelverton,

      Appellant

   v.

District of Columbia Department of Public Works,

      Appellee

    **BEFORE:**    Tatel, Brown, and Griffith, Circuit Judges

## O R D E R

    Upon consideration of the motion for leave to proceed on appeal in forma pauperis, it is

    **ORDERED** that the motion be denied because the instant appeal is not taken in good faith. See 28 U.S.C. § 1915(a)(3). "In the absence of some evident improper motive, the applicant's good faith is established by the presentation of any issue that is not plainly frivolous." Wooten v. Dist. of Columbia Metro. Police Dep't, 129 F.3d 206, 208 (D.C. Cir. 1997) (quoting Ellis v. United States, 356 U.S. 674 (1958)). The notice of appeal filed in the bankruptcy court asks the district court to exercise its original jurisdiction under 28 U.S.C. §§ 1331 and 1332, and to decide the merits of appellant's takings clause and common law conversion claims in the first instance. The proper mechanism for bringing these claims is a separate civil complaint, as opposed to an appeal from the bankruptcy court under 28 U.S.C. § 158(a)(1). The district court's filing injunction, see In re: Yelverton, 526 B.R. 429, 435 (D.D.C. Aug. 6, 2014), aff'd No. 14-7147 (D.C. Cir. Mar. 9, 2015) (per curiam), requires Yelverton to file a motion for leave in the district court before filing a new civil action in that court. It is

# United States Court of Appeals
### FOR THE DISTRICT OF COLUMBIA CIRCUIT
_____

**No. 15-7145**                                            **September Term, 2015**

   **FURTHER ORDERED** that appellant pay the full appellate filing and docketing fee of $505 to the district court within thirty days of the date of this order or this appeal will be dismissed.  See Wooten, 129 F.3d at 208 ("If he is foolish enough to pay [the fee] to have us say essentially what we have already said about his case, his appeal may proceed.").

   The Clerk is directed to send a copy of this order to appellant both by certified mail, return receipt requested, and by first class mail.

**Per Curiam**