ORAL ARGUMENT NOT YET SCHEDULED
Case No. 15-7145
UNITED STATES COURT OF APPEALS
FOR THE DISTRICT OF COLUMBIA

| | |
|---|---|
| Stephen Thomas Yelverton ) | District Case No. 15-cv-1025-TSC |
| Appellant/Debtor ) | |
| ) | Adversary No. 14-10046 |
| v. ) | Bankruptcy Case No. 09-00414 |
| ) | Chapter 7 |
| District of Columbia ) | |
| Appellee ) | |

APPELLANT'S STATEMENT OF THE ISSUES
TO BE RAISED ON APPEAL

COMES NOW, Appellant/Debtor Stephen Thomas Yelverton, and hereby timely submits his required submissions, pursuant to Order, filed August 12, 2016.

The issues to be raised on Appeal include the following:

Whether the Bankruptcy Court improperly refused to allow Adversary No. 14-10046 to be prosecuted?

Whether the District Court improperly failed to act on allowing Adversary No. 14-10046 to be prosecuted?

Whether the District Court improperly refused to allow claims in Adversary No. 10-10045 to be Joined with the claims in Adversary No. 14-10046?

Whether the District of Columbia acted in violation of the Fifth Amendment by an un-Constitutional "takings" of the Plaintiff's Mercedes-Benz and in committing the tort of "conversion" by illegally auctioning the vehicle without notice to the Plaintiff, and by illegally keeping the proceeds with no payment to the Plaintiff?

Whether, in view of there no longer being any Bankruptcy claims, this proceeding should be remanded to the District Court to be heard under its Original Jurisdiction and/or its Diversity Jurisdiction?

WHEREFORE, this Statement is timely submitted.

This the 12th day of September, 2016,

Respectfully submitted,

/s/
Stephen Thomas Yelverton, *Pro Se*,
D.C. Circuit Bar No. 22300
3033 Wilson Blvd., #E-117
Arlington, VA 22201
Tel.  202-702-6708 (mobile)
Email:  styelv@aol.com


CERTIFICATE OF SERVICE

I, Stephen Thomas Yelverton, *Pro Se*, hereby certify that the foregoing Required Submission was served the 12th day of September, 2016, by CM/ECF or by E-mail, to the following:

Richard S. Love, Esq.,
Todd S. Kim, Esq.,
Loren L. AliKhan, Esq.,
Office of Solicitor General,
Attorney General
441 Fourth St., N.W., Suite 600 South
Washington, DC 20001
Counsel for the District of Columbia


/s/
Stephen Thomas Yelverton, *Pro Se*
D.C. Circuit Bar No. 22300

**2**